# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Paragon Offshore plc et al., | : |
| Debtors. | : |
| _____ | : |
| MICHAEL HAMMERSLEY, | : |
| Appellant, | : |
| v. | : C. A. No. 18-258-UNA |
| | : BK No. 16-10386-CSS |
| PARAGON OFFSHORE PLC, | : BAP 18-8 |
| Appellee. | : |

## **RECOMMENDATION**

At Wilmington this **27th** day of **February, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on Friday, February 23, 2018 for an initial review and discussion with appellant, counsel for appellee and counsel for the trustee to determine the appropriateness of mediation in these matters;

WHEREAS, as a result of the above screening process, the issues involved in these cases are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), these matters be withdrawn from the mandatory

referral for mediation and proceed through the appellate process of this Court.

The parties have advised there will be no objections filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1.

The parties request that a scheduling order for briefing be entered.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge