IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | |
| PARAGON OFFSHORE PLC ET AL, | Case No. 16-10386 (CSS) |
| | BAP No. 18-8 |
| Debtors. | |
| MICHAEL HAMMERSLEY, | C.A. No. 18-258 GMS |
| Appellant, | |
| v. | |
| PARAGON OFFSHORE PLC, | |
| Appellee. | |

## ORDER

At Wilmington this 27th day of February, 2018, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 4);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **March 27, 2018.**

_____
UNITED STATES DISTRICT JUDGE